910

No. 10–5220. WILSON *v.* KERNAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5222. LOWE *v.* PIERCE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–5223. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5224. JAMES *v.* LEMAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–5225. CARTER *v.* SCHUETTE; and
No. 10–5319. GOLD *v.* SCHUETTE. C. A. 9th Cir. Certiorari denied.

No. 10–5226. BARRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5227. ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5230. AYALA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5234. BURT *v.* EAGLETON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5235. BAKER *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–5236. HUMPHREY *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5237. HUNT *v.* MITCHELL, CORRECTIONAL ADMINISTRATOR, MOUNTAIN VIEW CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–5238. FRANKLIN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–5239. RIVERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5241. RIAN *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.